IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELLANSALABS INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:23-cv-0585-M |
| § | |
| ORLANDO ALTAMAR, TONI ALTAMAR, § | |
| and ALTAMAR DIAMONDS LLC, § | |
| § | |
| Defendants. § | |

## NOTICE OF CHANGE OF LAWFIRM AND ADDRESS

**PLEASE TAKE NOTICE** that James W. Walker, counsel of record for Defendant Orlando Altamar, directs the counsel for the Plaintiff to change their address for service of any pleadings, notices, correspondence and distributions relating to the above case to the new address set forth below, effective as of the date hereof:

James W. Walker
jwalker@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES, LLP
735 Plaza Boulevard, Suite 200
Coppell, TX 75019
jwalker@pszjlaw.com
Telephone: 713-691-9385
Facsimile: 713-691-9407

Dated: August 29, 2023                                  Respectfully submitted,

                                                        **PACHULSKI STANG ZIEHL & JONES, LLP**


                                                        */s/ James W. Walker*
                                                        James W. Walker
                                                        State Bar No. 20709600
                                                        jwalker@pszjlaw.com

                                                        735 Plaza Boulevard, Suite 200
                                                        Coppell, TX 75019
                                                        Telephone: 713-691-9385
                                                        Facsimile: 713-691-9407

                                                        **ATTORNEYS FOR DEFENDANT
                                                        ORLANDO ALTAMAR**


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served upon all counsel of record on this 29th day of August 2023, in compliance with all service requirements imposed by the Federal Rules of Civil Procedure.


                                                        */s/ James W. Walker*
                                                        James W. Walker